IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   12-cr-0234-RBJ | Date:  December 3, 2013 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter:       N/A | Probation: Andrea Bell |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA  **Plaintiff** | *Jeremy S. Sibert* |
| v. | |
| 1. RUDOLPHPO SERRANO  **Defendant(s)** | *Richard J. Banta* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:31 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on February 19, 2013, to Count Four of the Indictment.

**ORDERED:** [49] Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for **eighty-four (84) months** to run concurrent with his Colorado state case out of Boulder County, Case Number 99CR1658.

Court RECOMMENDS that the Bureau of Prisons place the defendant in a facility that has the Inmate Skills Development program, the R.D.A.P. program and in a facility in Colorado, if possible.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of five (5) years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall submit to a search of his person or residence on reasonable suspicion of any violation of supervised release.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 9:18 a.m.          Hearing concluded.          Total time: 00:47